IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __13-CV- 3048__

_Collins Mark_____, Plaintiff,

v.

_____,

_____,

_____,

_____,

_____,

_____,

_____,

_The Park County Government_
_and Lazy Jo Properties_____, Defendant(s).

(List each named defendant on a separate line.)

## COMPLAINT

_Attached Complaint and Relief Sought_

(Rev. 07/06)


## REQUEST FOR RELIEF

Plaintiff requests the following relief: *Attached Complaint and Relief Sought*

Date: *11-8-13*

_____
(Plaintiff's Original Signature)

*General Delivery Mail*
(Street Address) *1905 15th Street*
*Boulder, Colorado, 80302*
(City, State, ZIP)

*Leave message at Shelter*    *303-442-4646*
(Telephone Number)

## PARTIES

1. Plaintiff **Collins, Mark** is a citizen of **the United States** who presently resides at the following address: **temporary situations General Delivery Mail, 1905 15th Street, Boulder Colorado, 80302**

2. Defendant **The Park County Government** is a citizen of **unknown** who live(s) at or is/are located at the following address: **719-836-2771 501 Main Street, Fairplay, Colorado, 80440**

3. Defendant **Lazy Jo Properties LLC** is a citizen of **unknown** who live(s) at or is/are located at the following address: **98 Bull Dogger Road, Bailey, Colorado, 80421**

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities: **Lawsuits against City and County Governments with contributing/entity connections in the currant total of Lawsuits filed.**

5. Briefly state the background of your case: **Lazy Jo Properties LLC and the Park County Government fully understood the wasteland type property of the plaintiff's house and property in Glenwood Springs, Colorado (for general information), prior to participate in the Tax Lien Sale and Treasures Deed of the plaintiff's property. Lazy Jo Properties and the Park County Government fully understood the intended harm and damages caused to the plaintiff by the Garfield County Government. Lazy Jo Properties LLC had to have the complete cooperation of the Park County Government to participate and record the fraudulent actions of the Garfield County Government and Lazy Jo Properties LLC. The boundry area of Park County is being contested and challenged. The life history records of Lazy Jo Ranch are being contested. The history records of Park County are being challenged.**

(Rev. 07/06)  2

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

*Attached Complaint and Relief Sought*

Page (1)   Opening Statement
Complaint and Relief sought

1.) The Plaintiff recommends the United States Federal Government, the State of Colorado Government, the Park County, Colorado Government and Lazy Jo Properties LLC negotiate with the Plaintiff - Mark Collins to settle out of court.

2.) This Lawsuit is against the Park County, Colorado Government and Lazy Jo Properties together as one group of people to purposely and intentially to profit from the plaintiff's house also property and all of his personal property on his property with total liability and gross negligence against them.

3.) This Lawsuit contests and challenges the Garfield County, Colorado property taxes, the tax lien sale or the Treasurer's Deed against the Plaintiff the Park County, Colorado Government and Lazy Jo Properties together acting as the most extreme type of destruction to the plaintiff with the most harm and damages to him possible. This Lawsuit also contests and challenges the boundry area of Park County, Colorado, including the entity of Lazy Jo Properties and the entire history claims of Park County, Colorado also Lazy Jo Properties LLC.

4.) The Court must provide an injunction or stay of execution on Garfield County, Colorado: property taxes collected from the plaintiff, the tax lien sale and treasurers deed against Plaintiff also any government or person entrance on the Plaintiff's Property unless it's an emergency condition only. The court must provide record-suppenna rights to the plaintiff for related Lawsuit physical evidence.

5.) The Plaintiff seeks correct Land Title Use documentation for his property, the property taxes, the tax lien sale and treasurers deed voided or vacated, tax exemption documents plus the monetary amount of $ 20 million dollars

Page 2)  Facts of the Lawsuit

1.) The Park County, Colorado Government and Lazy Jo Properties LLC can not prove in Court they provided any necessary protections to the plaintiff - Mark Collins with discovery and discloser joint investigation of his house and property or necessary prior court hearings to legally participate in the Garfield County Tax Lien Sale or Garfield County Treasurers Deed of the Plaintiff's house and property when the Plaintiff notified Lazy Jo Properties LLC by mail, confirmed by their registered agent - John F. Obrecht. Obvious physical evidence of the Plaintiff's house and property with all his house and property paid for, with no building code violations, with no like history of any criminal behavior from the Plaintiff and no physical evidence the plaintiff ever committed any crimes in his life. There could only be intentional harm and damages with gross negligence caused to the Plaintiff that all parties involved knowingly also willingly contributed together against the Plaintiff.

2.) There was not the legal disclosure of the correct Land Title Use of the Plaintiff's Property when he purchased his property originally as Wasteland type Land Title Use. The Plaintiff's property could only be tax exempt as Wasteland type Land Title Use of no value and no worth. The Plaintiff also legally recorded on his Warrantee Deed there could not be any other owner of his property except the Plaintiff - Mark Collins and the plaintiff also legally recorded on an Affidavit to the Garfield County Combined Courts - Clerk, there could only be one owner of the plaintiff's property, the Plaintiff - Mark Collins and that his property could never be sold or traded or given away, worth no money and no value, also preventing any property assessment or property taxes or tax lien sales or treasurers deeds against the plaintiff's house and property clearly being Wasteland type Land Title Use. No one could design and build on the Plaintiff's property with financial problems, landslide problems, 50% mountain side steepness problems and standard code problems,

Page (3)   Facts of the Lawsuit

3.) The Park County, Colorado Government can not prove in Court the boundry area of Park County, Colorado could ever be improved or developed or occupied to live in. No man made construction of any roads or railroads or building of any structures could ever be plan approved or actuated in Park County, Colorado forcing that boundry area to be condemned with all man made development removed immediately. The Park County, Colorado Government and Lazy Jo Properties LLC could never claim the Plaintiff's house and property also never participate in any Garfield County Tax Lien Sale or Treasurers Deed. The Park County Government can not prove in Court the land in the boundry area of Park County, Colorado was paid for ever. The Park County Government can not ever prove that boundry area of Park County, Colorado could ever be legally developed or improved on or occupied to live in not being able to qualify for any type of money loans when no income amount could ever pay the original land cost, no property taxes could ever pay for any development or improvements or occupancy to live there preventing any sales tax income or any income from Park County, Colorado always being a financial bankrupt disaster.

4.) The Land Title Use of Park County, Colorado is being contested and challenged by the Plaintiff, that boundry area could only be wasteland type property with no financial ability to claim that boundry area apart of the United States Country. Only land that is legally paid for with World Agreements can be a Country when the United States was not. (Above Facts - #3)

5.) Lazy Jo Properties LLC can not prove in Court were not always financially bankrupt with complete historical income records and debt records. Lazy Jo Properties LLC can not prove in Court they provided financial requirements to complete the Plaintiff's house and property do qualify to own or sell the Plaintiff's house and property. Lazy Jo Properties LLC can not ever legally own the Plaintiff's house and property with existing wasteland type land Title Use conditions and the legal recorded protections by the Plaintiff.

page (4)

## Facts of the Lawsuit

6.) The Glenwood Springs and Garfield County, Colorado Governments, the Park County, Colorado Government and Lazy Jo Properties can not claim any property taxes or any tax lien sale or treasurers deed or any court actions against the Plaintiff - Mark Collins until the Judicial Court process is completed, with the Garfield County Appeal Case - 2013 CV 198 (about the Garfield County Court Case - 11M442) also all court cases contesting and challenging all related court matters of the plaintiff's house and property.

7.) Lazy Jo Properties can not prove in court their qualification records for any property ownership or sales always being financially bankrupt, potentially when John F. Obrecht could be proven in court to have a life history of deception.

## Records Requested Suppenaed for Discovery and Disclosure.

1.) The life history education, employment and financial records of John F. Obrecht connected to Lazy Jo Properties LLC.

2.) The life history criminal records of John F. Obrecht.

3.) Historic to the present Park County, Colorado Government financial records.

4.) Historic Park County, Colorado Land Title Use records.

5.) Park County, Colorado Government and Lazy Jo Ranch LLC general investigation records requested by the Plaintiff.

6.) Assisting the Plaintiff to Park County, Colorado for a complete investigation of the boundry area of Park County, Colorado, the Park County Government and for a complete investigation of Lazy Jo Properties LLC in Park County, Colorado.