IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: ~~[redacted]~~

Plaintiff, Collins, Mark

v.

Defendant. The Park County Government and Lazy Jo Ranch LLC

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

2013 NOV -8 PM 12: 46

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

## MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED
## PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. I do ✗   do not ___ (check one) request that the court direct the United States Marshals Service to serve process. In support of my requests, I submit the following affidavit and state that:

✗   (1)   I am unable to pay such fees or give security therefor.

(2)   The nature of this action is: _____

(3)   I am entitled to redress.

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true:

### MARITAL STATUS AND DEPENDENTS

✗ Single     Married     Separated     Divorced

The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.):

| Name | Age | Relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### RESIDENCE — no permanent housing

Mailing Street Address: General Delivery Mail 1905 15th street
City: Boulder        State: Colorado
Zip Code: 80302      Telephone: _____

### EDUCATION
What is the highest level of formal education you have received: High School
I can speak, read, write, and understand the English language: Yes ✗  No

### EMPLOYMENT

(Rev. 07/06)

If <u>employed</u> at present, complete the following:
Name of employer: _none_
Address of employer: _____
Telephone number of employer: _____
How long have you been employed by
present employer: _____
Income: Monthly $ _____ Weekly $ _____
If <u>self-employed</u>, state your net income: Monthly $ _____ Weekly $ _____
What is the nature of your self-employment? _none_
If <u>unemployed</u> at present, complete the following:
I have been unemployed since: _for years_
Name of last employer: _was self-employed - Timberline Const._
Address of last employer: _Can't access my records_
Telephone number of last employer: _____
Salary or hourly wage received from last employer: $ _Contract Amounts_
If <u>spouse</u> is employed, complete the following:
Name of employer: _Can't access my records_
How long has spouse been employed by present employer: _____
Income: Monthly $ _____ Weekly $ _____
If receiving public assistance (e.g., welfare, unemployment benefits), complete the following:
I have been receiving public assistance since: _Food Stamps, approximately 4 months_
Income: Monthly $ _none_ Weekly $ _none_

**REAL AND PERSONAL PROPERTY**
**Real property:**
Do you own real property? Yes   No  → _To be determined_
If yes, describe: _Special original property ownership conditions_
Address: _Government claimed at 732 Lincoln Avenue, G.S., CO, 81601_
Name(s) on title: _Collins, Mark_
Estimated value: $ _none_   Amount owed: $ _none_
Annual income from real property: $ _none_

**Personal property:** _To be determined if returned to me_
Automobile: Make: _____ Model: _____ Year: _____
Name(s) on registration: _____
Estimated value: $ _____ Amount owed: $ _____

(Rev. 07/06)

**Cash on hand:**
Total amount of cash in banks and savings and loan associations: $ _none_
Names and addresses of banks and associations: _none_

**Other information pertinent to financial status:** (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
_none_

| **FINANCIAL OBLIGATIONS:** | **MONTHLY PAYMENT:** |
|---|---|
| Rent on house or apartment: | $ 0 |
| Mortgage on house: | $ 0 |
| Gas bill: | $ 0 |
| Electric bill: | $ 0 |
| Telephone bill: | $ 0 |
| Food: | $ food stamps |
| Clothing: | $ 0 |
| Automobile loan: | $ 0 |
| Automobile insurance: | $ 0 |
| Other insurance: | $ 0 |
| Payments to retail merchants: | $ 0 |
|    Total owed: 0 | |
| Payments on any other outstanding loans or debts: | $ 0 |
|    Total owed: 0 | |
| Payments to doctors, hospitals, lawyers: | $ 0 |
|    Total owed: 0 | |
| Maintenance under separation or dissolution agreement: | $ 0 |
|    Child support: | $ 0 |
| Other Payments: | |
|    Describe: 0 | $ 0 |
|    Describe: 0 | $ 0 |
|    Describe: 0 | $ 0 |
|    Describe: 0 | $ 0 |
| **Total monthly payments:** | $ 0 |

(Rev. 07/06)

**ATTEMPTS TO LOCATE COUNSEL**

Please list the name, address, and telephone number of each attorney you have contacted requesting representation in this matter. The court encourages you to contact a minimum of three attorneys.

Attorney: _____   Date Contacted: _____
Street Address: _____
City: _____   State: _____
Zip Code: _____   Telephone: _____

Attorney: _____   Date Contacted: _____
Street Address: _____
City: _____   State: _____
Zip Code: _____   Telephone: _____

Attorney: _____   Date Contacted: _____
Street Address: _____
City: _____   State: _____
Zip Code: _____   Telephone: _____

Attorney: _____   Date Contacted: _____
Street Address: _____
City: _____   State: _____
Zip Code: _____   Telephone: _____

Attorney: _____   Date Contacted: _____
Street Address: _____
City: _____   State: _____
Zip Code: _____   Telephone: _____

Date: _11-8-13_____   _[signature]_
(Plaintiff's Original Signature)

Subscribed and sworn to before me this _____ day of _____, 20____

_____
(Notary Public)

_____
(Address)

My commission expires: _____

(Rev. 07/06)