IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

STATE OF COLORADO
COUNTY OF BOULDER

Civil Action No. **1:13-CV-03048-BN**

The foregoing instrument was acknowledged before me this **14** day of **Nov**, 20**13**, by **Mark O. Collins**

_Leanne Rizzo Slater_
Leanne Rizzo Slater   Notary Public
My Commission Exp. March 29, 2015

**Collins, Mark**,
Plaintiff(s),

v.

**The Park County Government and Lazy Jo Properties**
Defendant(s).

Signature _Mark Collins_    11-14-13

**MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915**

LEANNE RIZZO SLATER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20114019194
MY COMMISSION EXPIRES MARCH 29, 2015

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. I do **X** do not ___ (check one) request that the court direct the United States Marshals Service to serve process. In support of my requests, I submit the following affidavit and state that:

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**X** (1)   I am unable to pay such fees or give security therefor.

(2)   The nature of this action is: _____

NOV 15 2013

(3)   I am entitled to redress.

**JEFFREY P. COLWELL**
**CLERK**

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true:

**MARITAL STATUS AND DEPENDENTS**
Single **X**   Married ___   Separated ___   Divorced ___
The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.):

Name _____ Age _____ Relationship _____
Name _____ Age _____ Relationship _____
Name _____ Age _____ Relationship _____
Name _____ Age _____ Relationship _____

**RESIDENCE** _none_
Street Address: _General Delivery Mail_
City: _Boulder_   State: _Colorado_
Zip Code: _80302_   Telephone: _no phone_

(Rev. 07/06)

Civil Action # 1:13-CV-03048-BNB

**EDUCATION**
What is the highest level of formal education you have received:
_High School_
I can speak, read, write, and understand the English language: Yes _X_ No ____

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: _unemployed_
Address of employer: _____
Telephone number of employer: _____
How long have you been employed by present employer: _____
Income: Monthly $ _____ Weekly $ _____

If <u>self-employed</u>, state your net income: Monthly $ _____ Weekly $ _____
What is the nature of your self-employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since: _for years, cannot access my records_
Name of last employer: _Self-employed as Timberline Construction_
Address of last employer: _Job Sites_
Telephone number of last employer: _unknown_
Salary or hourly wage received from last employer:
$ _Contract Amounts_

If <u>spouse</u> is employed, complete the following:
Name of employer: _____
How long has spouse been employed by present employer: _____
Income: Monthly $ _____ Weekly $ _____

If receiving public assistance (e.g., welfare, unemployment benefits), complete the following:
I have been receiving public assistance since: _____
Monthly benefits: $ _____ Weekly benefits: $ _____

**REAL AND PERSONAL PROPERTY**
Real property: _To be determined? (siezed from me)_
Do you own real property? Yes ____ No ____
If yes, describe: _____
Address: _____
Name(s) on title: _____
Estimated value: $ _no value_  Amount owed: $ _none_
Annual income from real property: $ _none_

(Rev. 07/06)

*Civil Action# 1:13-cv-03048-BNB*

**Personal property**: To be determined? (siezed from me)
Automobile: Make: _____ Model: _____ Year: _____
Name(s) on registration: _____
Estimated value: $ _unknown_   Amount owed: $ _none_
**Cash on hand**:
Total amount of cash in banks and savings and loan associations: $ _none_
Names and addresses of banks and associations: _none_
_____

**Other information pertinent to financial status**: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
_____
_____

| **FINANCIAL OBLIGATIONS**: | **MONTHLY PAYMENT**: |
|---|---|
| Rent on house or apartment: | $ none |
| Mortgage on house: | $ none |
| Gas bill: | $ none |
| Electric bill: | $ none |
| Telephone bill: | $ none |
| Food: | $ Food Stamps |
| Clothing: | $ none |
| Automobile loan: | $ none |
| Automobile insurance: | $ none |
| Other insurance: | $ none |
| Payments to retail merchants: | $ none |
| Total owed: none | |
| Payments on any other outstanding loans or debts: | $ none |
| Total owed: none | |
| Payments to doctors, hospitals, lawyers: | $ |
| Total owed: none | none |
| Maintenance under separation or dissolution agreement: | $ none |
| Child support: | $ none |
| Other Payments: | |
| Describe: none | $ none |
| Describe: none | $ none |
| Describe: none | $ none |
| Describe: none | $ none |
| Total monthly payments: | $ none |

(Rev. 07/06)

## ATTEMPTS TO LOCATE COUNSEL

Please list the name, address, and telephone number of each attorney you have contacted requesting representation in this matter. The court encourages you to contact a minimum of three attorneys.

Attorney: _____  Date Contacted: _____
Street Address: _____
City: _____  State: _____
Zip Code: _____  Telephone: _____

Attorney: _____  Date Contacted: _____
Street Address: _____
City: _____  State: _____
Zip Code: _____  Telephone: _____

Attorney: _____  Date Contacted: _____
Street Address: _____
City: _____  State: _____
Zip Code: _____  Telephone: _____

Attorney: _____  Date Contacted: _____
Street Address: _____
City: _____  State: _____
Zip Code: _____  Telephone: _____

Attorney: _____  Date Contacted: _____
Street Address: _____
City: _____  State: _____
Zip Code: _____  Telephone: _____

\* Not requesting Attorney Representation, I am requesting Pro-SE Representation with access to records.

Date: 11-14-13    _____
(Plaintiff's Original Signature)

Subscribed and sworn to before me this 14 day of November, 2013.

_____
(Notary Public) Leanne Rizzo Slater

(Address) Boulder Public Library 1001 Arapahoe Ave
Boulder, CO 80302

My commission expires: 3/29/2015    (LRS) 11/14/13

```
LEANNE RIZZO SLATER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20114019194
MY COMMISSION EXPIRES MARCH 29, 2015
```

(Rev. 07/06)