FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2013

JEFFREY P. COLWELL
CLERK

The Plaintiff - Mark Collins All statements and facts
Signed - [signature] are true also correct.
Process of Service
served by Mail to: the
U.S. District Court 901, 19th Street
Denver, Co., 80294

U.S. District Court:

1.) The Plaintiff is curing the deficencies for the three U.S. District Court Cases: 1:13-CV-03047, 1:13-CV-03048 and 1:13-CV-03049.

2.) The Plaintiff is willing to cure any deficencies for his court cases and provide all legal requirements with no money and no job if possible. Charity is the only means to comply with Court orders.

3.) The Plaintiff requests the U.S. District Court for an Emergency Court Hearing or a Preliminary Court Hearing at the soonest possible date.

4.) The Plaintiff requests the U.S. District Court for transportation to the Emergency or Preliminary Court Hearing if that request is approved, to Denver and back to Boulder.

5.) The Emergency or Preliminary Court Hearing would produce factual physical evidence qualification to suppenna records. For example, the plaintiff could not have legally purchased his property if his property could not be legally used for any purpose and Lincoln Avenue, Glenwood Springs, Colorado was not a legal road to the plaintiff's property. Also for example the land ownership and land title use of the land directly below Red Mountain in Glenwood Springs, Co. can not be owned or used for any purpose.