IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03048-BNB

MARK COLLINS,

    Plaintiff,

v.

THE PARK COUNTY GOVERNMENT, and
LAZY JO PROPERTIES,

    Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

    Plaintiff has filed a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint.  The motion and affidavit indicates that Plaintiff should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.  Accordingly it is

    ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 5, filed on November 15, 2013, is granted.  It is

    FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 2, filed on November 8, 2013, is denied as moot.  It is

    FURTHER ORDERED that the Clerk of the Court shall not issue service of process until further order of the Court.

    DATED November 18, 2013, at Denver, Colorado.

    BY THE COURT:

    s/Boyd N. Boland
    United States Magistrate Judge