**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03048-BNB

MARK COLLINS,

      Plaintiff,

v.

PARK COUNTY GOVERNMENT, and
THE LAZY JO PROPERTIES

      Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE
AN AMENDED COMPLAINT

---

Plaintiff, Mark Collins, currently resides in Boulder, Colorado.  Acting *pro se*, he initiated this action by filing a Complaint.  The Court must construe the Complaint liberally because Plaintiff is not represented by an attorney.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  The Court, however, should not act as a *pro se* litigant's advocate.  *See Hall*, 935 F.2d at 1110.  Plaintiff will be ordered to file an Amended Complaint for the reasons state below.

The Complaint does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.  The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief.  *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989).  The

requirements of Fed. R. Civ. P. 8 are designed to meet these purposes.  *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992).

Specifically, Rule 8(a) provides that a complaint "must contain: (1) a short and plain statement of the grounds for the court's jurisdiction, . . . ."  In the Jurisdiction section of the Complaint form, Plaintiff states that "Lawsuits against City and County Governments with contributing entity connections in the currant [sic] total of lawsuits filed."  Plaintiff's statement of jurisdiction is nonsensical and does not state the statutory authorities for his claim.  Plaintiff must file an Amended Complaint that complies with the pleading requirements of Rule 8 and specifies the basis for this Court's jurisdiction. Accordingly, it is

ORDERED that Plaintiff file an Amended Complaint as stated above, **within thirty days from the date of this Order**.  It is

FURTHER ORDERED that Plaintiff shall obtain the proper Court-approved  form, along with the applicable instructions, at www.cod.uscourts.gov for use in filing the Amended Complaint.  It is

FURTHER ORDERED that if Plaintiff fails to properly amend the Complaint, **within thirty days from the date of this Order**, the Complaint and action shall be subject to dismissal without further notice.

DATED November 19, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge