UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 22 2013

JEFFREY P. COLWELL
CLERK

U.S. District Court Cases
1.) 13-CV-03047-LTB
2.) 13-CV-03048-BNB
3.) 13-CV-03049-BNB

Petition Challenging the Defendants to Proceed

Page (1)

The Plaintiff - Mark Collins is challenging the Defendants in the #3 - U.S. District Court Cases - 13-CV-03047-BNB, 13-CV-03048-BNB and Case - 13-CV-03049-BNB to produce records and Affidavits <u>any Defendant will be in court in person</u> to defend the claims against them, with or without legal representation. Will <u>anyone</u> actually show-up besides myself and standard court positions?

1.) The Plaintiff in the #3 - US District Court Cases stated above requests the Court <u>to force</u> all of the Defendants <u>to produce Affidavits they are going to be in US District Court in person with or without legal representation.</u>

2.) All Defendants must produce: <u>Birth certificates, Identity documents, education records, experience qualification records, income records, expense records - (monthly) and asset ownership records that can be varified by the Plaintiff to proceed with any defense of the claims against them</u> (The Defendants are in the #3 - US District Court Cases stated above). The Plaintiff <u>can produce any records for himself with legal access.</u>

3.) All Defendants stated above in the #3 - US District Cases <u>must produce factual evidence and physical evidence to satisfy</u> the Court they can proceed with their defense against the claims and that evidence must be verified by the Plaintiff.

<mark>Page ②</mark>

Petition Challenging the Defendants to Proceed

4.) The Plaintiff must have the legal ability to perform a standard legal representation as Pro-SE. The Plaintiff claims all of the Defendants in the #3-US District Court cases stated in the opening statement of page ① haved caused the Plaintiff monumental harm and damages as gross negligence.

5.) Potentially there could be a high risk of any of the Defendants stated in the #3-US District Court Cases on page ① of the opening statement to show-up in court if the lose the cases against them and not negotiate with the Plaintiff out of court.

6.) The Plaintiff strongly encourages the court that out of court mediation is required before the #3-US District Court cases start.

This Certifies all statements and facts are true and correct.

Plaintiff - Mark Collins    Date - 11-20-13
Signature - [signature]

Process of Service

This Petition was served by mail to:
The US District Court
901 19th Street
Denver, Colorado, 80294