**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03048-BNB

MARK COLLINS,

    Plaintiff,

v.

PARK COUNTY GOVERNMENT, and
LAZY JO PRPERTIES,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On November 22, 2013, Plaintiff filed a document titled, "Petition Challenging the Defendants to Proceed," ECF No. 9.  The document is construed as a request for discovery and mediation.  The request is denied as premature.

Dated:  November 22, 2013