```
☐County Court  ☐District Court  ☒Colorado U.S. District Court
Denver         County, Colorado
Court Address: 901 19th Street, Denver,
               Colorado, 80294
```

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2013 DEC 16  PM 2: 11

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

▲ COURT USE ONLY ▲

Plaintiff(s)/Petitioner(s): Mark Collins

v.

Defendant(s)/Respondent(s): 3 existing lawsuit defendants

Attorney or Party Without Attorney (Name and Address):
Mark Collins - Pro-SE
General Delivery Mail, 1905 15th Street
Boulder, Colorado 80302
Phone Number:       E-mail:
FAX Number:         Atty. Reg. #:

Case Number: 1:13CV-03047
             1:13CV-03048
             1:13CV-03049

Division       Courtroom

## MOTION TO Clarify

For the following reasons: (cite any applicable law)

Attached reasons for the Motion to Clarify.

I request the Court to:

Consider the Plaintiff's financial hardship, all matters directly involved and the motion statements

Date: 12-16-13

☒Petitioner/Plaintiff  or  ☐Respondent/Defendant

General Delivery Mail, 1905 15th Street
Address
Boulder, Colorado, 80302
City, State and Zip Code

None
Telephone Number (Home)         (Work)

## CERTIFICATE OF SERVICE

I certify that on 12-16-13 (date) a true and accurate copy of the Motion to Clarify was served on the other party by:
☒Hand Delivery, ☐E-filed, ☐Faxed to this number _____, or
☐by placing it in the United States mail, postage pre-paid, and addressed to the following (include name and address):
To: the Colorado U.S. District Court
    901 19th Street
    Denver, Colorado, 80294

☐Petitioner/Plaintiff or ☐Respondent/Defendant

JDF 76   R5/10   MOTION TO

Page ①

## Motion to Clarify

The Plaintiff-Mark Collins requests the Colorado U.S. District Court to consider the totality involved with all 3-cases - 1:13 cv-03047, 1:13 cv-03048 and 1:13 cv-03049. The Plaintiff-Mark Collins also requests the Colorado U.S. District Court to allow the Plaintiff to provide the pleading requirements for the amended complaints #(3). The U.S. District Court and Judge Boyd N. Boland fully comprehends that the Plaintiff-Mark Collins is Indigent, Homeless, no job, no income and the plaintiff has to protect and secure his property, also personal property from fraudulent actions. If the Colorado U.S. District Court does not allow or assist the Plaintiff-Mark Collins to file the existing 3-lawsuits stated above solely based on refusing to assist Indigent Homeless People, then is the Colorado U.S. District Court and Judge Boyd N. Boland liable to the U.S. Federal Government, the U.S. Population and liable to United Nation's Courts?

1.) Will the Colorado U.S. District Court provide the legal means for the Plaintiff-Mark Collins being qualified as Indigent and Homeless with no current income to file acceptable existing lawsuits as Pro-SE?

2.) Will the Colorado U.S. District Court provide a Court appointed Attorney qualified with land and government lawsuits to represent the Plaintiff-Mark Collins for the 3 existing lawsuits filed? Requesting Now.

3.) The Plaintiff requests the Colorado U.S. District Court to consider the totality involved with all 3 separate lawsuits filed by the Plaintiff

Continued →

Page ② if the entire Country of the United States can be
Cont.   3.) *impacted* by these lawsuits being refiled in *other courts* for much more money and the legal continuance of the United States *Government* by the United Nations.

4.) Can the Colorado U.S. District Court or Judge Boyd N. Boland *produce specific facts* the Plaintiff- Mark Collins does not have legal court claims against the defendants in the 3 existing lawsuits filed, stated on page one, the opening statement?

5.) No response is recorded as *no answers* for *for an* this motion and all requests from the Plaintiff.

All statements and facts are true and correct
Plaintiff- Mark Collins           Date 12-16-13
Signature- [signature]

Process of Service
This motion was served by hand to the U.S. District Court at 901 19th Street, Denver, Colorado, 80294