IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03048-LTB

MARK COLLINS,

    Plaintiff,

v.

PARK COUNTY GOVERNMENT, and
LAZY JO PROPERTIES,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 2, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 2 day of January, 2014.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ T.Lee
            Deputy Clerk